UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00100 |
| | ) | JUDGE CAMPBELL |
| JOE N. VANCE | ) | |

## ORDER

The plea hearing and/or pretrial conference currently scheduled for November 30, 2012, at 2:30 p.m. is RESCHEDULED for November 28, 2012, at 2:30 p.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE