UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00100 |
| ) | JUDGE CAMPBELL |
| JOE N. VANCE ) | |

ORDER

The status conference currently scheduled for October 29, 2012, is RESCHEDULED for October 30, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE