UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00100 |
| | ) | JUDGE CAMPBELL |
| JOE N. VANCE | ) | |

ORDER

Pending before the Court is a Motion of the Government to Reschedule the Status Conference (Docket No. 33). The Motion is GRANTED.

The status conference currently scheduled for October 30, 2012, is RESCHEDULED for November 8, 2012, at 12:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE