UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00100 |
| | ) | JUDGE CAMPBELL |
| JOE N. VANCE | ) | |

## ORDER

The change of plea and/or pretrial conference is scheduled for April 5, 2013, is RESCHEDULED for April 3, 2013, at 12:00 p.m.

All other deadlines set forth in Order (Docket No. 38) entered November 8, 2012, remain unchanged.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE